```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

FILMORE JOHNSON and            :
FELICIA JOHNSON, H/W           : CIVIL ACTION
          Plaintiffs           :
                               :
     vs.                       : NO. 14-CV-4630
                               :
OYR REALTY PARTNERS LP,        :
ET. AL.,                       :
          Defendants           :

## **ORDER**

AND NOW, this    30th    day of November, 2015, upon consideration of the Motion of Defendants OYR Realty Partners, LP, OYR Realty Partners II, LP, OYR Realty Partners, III, LP, OYR Realty Partners IV, LP, OYR Realty GP, LLC, OYR Realty Partners GP, LLC, Logan Plaza Condominium Association, Inc. and Stonehenge Advisors, Inc. for Summary Judgment (Doc. No. 50), it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART and Judgment as a matter of law is entered in favor of Defendants OYR Realty Partners LP, OYR Realty Partners III LP, OYR Realty Partners IV LP and OYR Realty Partners GP LLC.

IT IS FURTHER ORDERED that in all other respects, the Motion is DENIED.

                                   BY THE COURT:


                                   s/J. Curtis Joyner
                                   J. CURTIS JOYNER,    J.