# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FILMORE JOHNSON and<br>FELICIA JOHNSON, H/W | : <br> : CIVIL ACTION |
| Plaintiffs | : |
| vs. | : NO. 14-CV-4630 |
| OYR REALTY PARTNERS LP,<br>ET. AL., | : |
| Defendants | : |

## **ORDER**

AND NOW, this 7th day of December, 2015, upon consideration of the Motion of Defendant Securitas Security Services USA, Inc. for Summary Judgment (Doc. No. 49) and the OYR Defendants' Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART and judgment as a matter of law is entered in favor of Moving Defendant Securitas Security Services USA, Inc. on all of the Plaintiffs' Claims against it as set forth in the Plaintiffs' Amended Complaint.

IT IS FURTHER ORDERED that in all other respects, the Motion is DENIED.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,           J.